**C. G. WILLIS, INCORPORATED, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 14997.**

United States Court of Appeals Third Circuit.

Argued April 5, 1965.

Decided April 9, 1965.

Before GANEY and FREEDMAN, Circuit Judges, and KIRKPATRICK, District Judge.

David P. Brown, Jr., Philadelphia, Pa. (Andrew B. Young, George Chimples, Philadelphia, Pa., Stradley, Ronon, Stevens & Young, Philadelphia, Pa., of counsel, on the brief), for petitioner.

Mark S. Rothman, Dept. of Justice, Tax Division, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Harry Baum, Attorneys, De-

partment of Justice, Washington, D. C., on the brief), for respondent.

PER CURIAM.

A review of the record in this case does not disclose that the findings made by the Tax Court were clearly erroneous. The decision of the Tax Court will be affirmed, 41 T.C. 468.